IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF BECKMAN'S GREENE STREET PHARMACY 686 GREENE STREET, CUMBERLAND, MARYLAND 21502 | No. 1:19-mc-00653-BPG |

## RETURN OF WARRANT FOR ADMINISTRATIVE INSPECTION

I received the attached Administrative Inspection Warrant on November 14, 2019. On November 18, 2019, I conducted an administrative inspection of the premises described in the warrant, and left a copy of the warrant with John A. Beckman, Pharmacist and Owner of Beckman's Greene Street Pharmacy. The following paper and electronic records were seized pursuant to the warrant:

See attached copies of DEA-12, Receipt of Case or Other Items.

Daishelle M. Carrington
Diversion Investigator
Drug Enforcement Administration

1