## U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Beckmans Greene St. Pharmacy
686 Greene Street
Cumberland, MD 21502

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 11-18-2019

**DIVISION/DISTRICT OFFICE**
WDO/HRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 34 | Patient Dispense Report 4/22/2019 to 11/18/2019 (34) patients | Atw |
| 26 | Prescriber Audits 11/18/2017 to 11/18/2019 (26) Prescribers | |
| multiple | Prescriptions - Room G (under cash register) | |
| multiple | Prescriptions - Room G (dispens'g counter tray) | |
| 1 box | Prescriptions Room G | |
| multiple | Misc. documents (from Room D) | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Khiceta Purice, GS
Daishelle Carrington, DI UR 11/18/19

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Nitash Patro, GS

FORM DEA-12 (8-02) *Previous editions obsolete*        Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO: (Name, Title, Address (including ZIP CODE), if applicable)**
Beckman's Greene St. Pharmacy
686 Greene Street
Cumberland, MD 21502

**FILE NO.**

**G-DEP IDENTIFIER**
5

**FILE TITLE**

**DATE** 11-18-2019

**DIVISION/DISTRICT OFFICE**
WDO/HRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 3 | Prescriptions Room G (from register computer) counter | AIW |
| 17 | Boxes of Prescriptions (Room H) | |
| 1 | Box of Audit [illegible] | |
| 3 | CPUs | |
|  | HP/MXL31119H7 | |
|  | Lenox/A120-DSI | |
|  | Shuttle/SG33G5M0R0-0TFa-373 | |
| 1 | Dell/0XPCG3 | |
| 1 | Seagate [illegible] Hard Drive | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)** Danskelle Carrington, DI
~~Niketa Price, GS~~ 11/18/19

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)** Nieta Price, GS

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

**U.S. Department of Justice**
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-19-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State): Cumberland, MD | |
| 9. Basis: | ☒ Evidence<br>☐ Forfeiture<br>☐ Transfer in from Another Agency/DEA Office<br>☐ Temporary Custody<br>　☐ Safekeeping<br>　☐ Transfer to Another Agency/DEA Office | | 10. Type: | ☐ Cash or other Monetary<br>☐ Recovered Official Advanced Funds, OAF<br>☐ Property *<br>　☐ Title III-Related<br>☐ Other (Specify) _____ |

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
☐ No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-1 | 1 DVD/R containing audit log 2018, Melissa Crabtree Police Report, Policy & Procedures Manual | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:
(Exhibit # N-1 - SSEE #: S001243802)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor: /s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date: 11-19-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: /s/Daishelle M Carrington | Signature and Date: 11-20-2019 |
| 20. Received by: | |
| Type/Print Name: /s/Michael J Dellamura | Signature and Date: 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-20-2019 | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11031879

**U.S. Department of Justice**
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-19-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State) Cumberland, MD | |

| 9. Basis: | [X] Evidence<br>[ ] Forfeiture<br>[ ] Transfer in from Another Agency/DEA Office<br>[ ] Temporary Custody<br>    [ ] Safekeeping<br>    [ ] Transfer to Another Agency/DEA Office | 10. Type: | [ ] Cash or other Monetary<br>[ ] Recovered Official Advanced Funds, OAF<br>[ ] Property *<br>    [ ] Title III-Related<br>[ ] Other (Specify) _____ |
|---|---|---|---|

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
    [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
    [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-2 | 1 Hard drive, Serial #2UA2130F05 | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____    If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:

(Exhibit # N-2 - SSEE #: S000815955)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator:<br>/s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor:<br>/s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date:    11-19-2019 | 18b. Signature and Date:    11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | | |
|---|---|---|
| Type/Print Name:<br>/s/Daishelle M Carrington | Signature and Date: | 11-20-2019 |
| 20. Received by: | | |
| Type/Print Name:<br>/s/Michael J Dellamura | Signature and Date: | 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-20-2019 | | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11031815

**U.S. Department of Justice**
**Drug Enforcement Administration**

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-19-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State) Cumberland, MD | |

9. Basis:
- [X] Evidence
- [ ] Forfeiture
- [ ] Transfer in from Another Agency/DEA Office
- [ ] Temporary Custody
  - [ ] Safekeeping
  - [ ] Transfer to Another Agency/DEA Office

10. Type:
- [ ] Cash or other Monetary
- [ ] Recovered Official Advanced Funds, OAF
- [ ] Property *
  - [ ] Title III-Related
- [ ] Other (Specify) _____

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-3 | 1  Hard Drive, Serial #F1XWXM2 | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____  If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:

(Exhibit # N-3 - SSEE #: M000416721)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor: /s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date: 11-19-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: Type/Print Name: /s/Daishelle M Carrington | Signature and Date: 11-20-2019 |
|---|---|
| 20. Received by: Type/Print Name: /s/Michael J Dellamura | Signature and Date: 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-20-2019 | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11031828

**U.S. Department of Justice**
**Drug Enforcement Administration**

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-19-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State) Cumberland, MD | |

**9. Basis:**
- [X] Evidence
- [ ] Forfeiture
- [ ] Transfer in from Another Agency/DEA Office
- [ ] Temporary Custody
  - [ ] Safekeeping
  - [ ] Transfer to Another Agency/DEA Office

**10. Type:**
- [ ] Cash or other Monetary
- [ ] Recovered Official Advanced Funds, OAF
- [ ] Property *
  - [ ] Title III-Related
- [ ] Other (Specify) _____

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

**11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?**
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-4 | 1 Hard drive, serial # MXL3119HB | $0.00 |

**15. If firearm, enter the following information:**

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____  If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

**16. REMARKS:**

(Exhibit # N-4 - SSEE #: S000815954)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor: /s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date: 11-19-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | | |
|---|---|---|
| Type/Print Name: /s/Daishelle M Carrington | Signature and Date: | 11-20-2019 |
| 20. Received by: | | |
| Type/Print Name: /s/Michael J Dellamura | Signature and Date: | 11-20-2019 |
| 21. Date Entered Into ENEDS/CERTS: 11-20-2019 | | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11031954

**U.S. Department of Justice**
**Drug Enforcement Administration**

(DO NOT USE FOR DRUG EVIDENCE)
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-20-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State) Cumberland, MD | |

| 9. Basis: | 10. Type: |
|---|---|
| ☒ Evidence | ☐ Cash or other Monetary |
| ☐ Forfeiture | ☐ Recovered Official Advanced Funds, OAF |
| ☐ Transfer in from Another Agency/DEA Office | ☐ Property * |
| ☐ Temporary Custody | ☐ Title III-Related |
|    ☐ Safekeeping | ☒ Other (Specify) 1 Hard Drive |
| ☐ Transfer to Another Agency/DEA Office | |

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
☐ No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-5 | 1 Hard Drive - HP, Serial #MXL31119H7 | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____  If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor: /s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date: 11-20-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: /s/Daishelle M Carrington | Signature and Date: 11-20-2019 |
| 20. Received by: | |
| Type/Print Name: /s/Michael J Dellamura | Signature and Date: 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-20-2019 | |

DEA Form 7a (10/07) (Previous editions are obsolete)

Page 1 of 1

11033207

**U.S. Department of Justice**
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-20-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | 4. GDEP #: HCN3R |
|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State): Cumberland, MD |

9. Basis:
- [x] Evidence
- [ ] Forfeiture
- [ ] Transfer in from Another Agency/DEA Office
- [ ] Temporary Custody
  - [ ] Safekeeping
  - [ ] Transfer to Another Agency/DEA Office

10. Type:
- [ ] Cash or other Monetary
- [ ] Recovered Official Advanced Funds, OAF
- [ ] Property *
  - [ ] Title III-Related
- [x] Other (Specify) 1 Hard Drive

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-6 | 1 Hard Drive - Seagate, serial #6VPEDWQT | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____   If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:

(Exhibit # N-6 - SSEE #: S001243805)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor: /s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date: 11-20-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

19. Received from:

| Type/Print Name: /s/Daishelle M Carrington | Signature and Date: 11-20-2019 |
|---|---|

20. Received by:

| Type/Print Name: /s/Michael J Dellamura | Signature and Date: 11-20-2019 |
|---|---|

21. Date Entered into ENEDS/CERTS: 11-20-2019

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11033261

U.S. Department of Justice
Drug Enforcement Administration

(DO NOT USE FOR DRUG EVIDENCE)
ACQUISITION OF NONDRUG PROPERTY SEIZURES

| 1. Date Prepared: 11-20-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State) Cumberland, MD | |
| 9. Basis: | ☒ Evidence<br>☐ Forfeiture<br>☐ Transfer in from Another Agency/DEA Office<br>☐ Temporary Custody<br>  ☐ Safekeeping<br>  ☐ Transfer to Another Agency/DEA Office | | 10. Type: ☐ Cash or other Monetary<br>☐ Recovered Official Advanced Funds, OAF<br>☐ Property *<br>  ☐ Title III-Related<br>☒ Other (Specify) 1 Hard Drive | |

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
☐ No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-7 | 1 Hard Drive - Shuttle, serial #SG33G5M0R0809F00393 | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____  If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor: /s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date: 11-20-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: /s/Daishelle M Carrington | Signature and Date: 11-20-2019 |
| 20. Received by: | |
| Type/Print Name: /s/Michael J Dellamura | Signature and Date: 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-20-2019 | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11033314

**U.S. Department of Justice**
**Drug Enforcement Administration**

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-20-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State): Cumberland, MD | |

| 9. Basis: | ☒ Evidence<br>☐ Forfeiture<br>☐ Transfer in from Another Agency/DEA Office<br>☐ Temporary Custody<br>  ☐ Safekeeping<br>  ☐ Transfer to Another Agency/DEA Office | 10. Type: | ☐ Cash or other Monetary<br>☐ Recovered Official Advanced Funds, OAF<br>☐ Property *<br>  ☐ Title III-Related<br>☒ Other (Specify) 1 Hard Drive |
|---|---|---|---|

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
☐ No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-8 | 1 Hard Drive - Linux, serial #A120-DSI | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____    If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator:<br>/s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor:<br>/s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date: 11-20-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | | Signature and Date: | |
|---|---|---|---|
| Type/Print Name:<br>/s/Daishelle M Carrington | | | 11-20-2019 |
| 20. Received by: | | Signature and Date: | |
| Type/Print Name:<br>/s/Michael J Dellamura | | | 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-20-2019 | | | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11033348

**U.S. Department of Justice**
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*
ACQUISITION OF NONDRUG PROPERTY SEIZURES

| 1. Date Prepared: 11-20-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State): Cumberland, MD | |

**9. Basis:**
- [x] Evidence
- [ ] Forfeiture
- [ ] Transfer in from Another Agency/DEA Office
- [ ] Temporary Custody
  - [ ] Safekeeping
  - [ ] Transfer to Another Agency/DEA Office

**10. Type:**
- [ ] Cash or other Monetary
- [ ] Recovered Official Advanced Funds, OAF
- [ ] Property *
  - [ ] Title III-Related
- [x] Other (Specify) 1 Computer Monitor

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

**11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?**
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-9 | 1 Computer Monitor - DELL, Serial #OXPCG3 | $0.00 |

**15. If firearm, enter the following information:**

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____  If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

**16. REMARKS:**

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor: /s/ Robert M Grob, RAC |
|---|---|
| 17b. Signature and Date: 11-20-2019 | 18b. Signature and Date: 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | | |
|---|---|---|
| Type/Print Name: /s/Daishelle M Carrington | Signature and Date: | 11-20-2019 |
| 20. Received by: | | |
| Type/Print Name: /s/Michael J Dellamura | Signature and Date: | 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-20-2019 | | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11033362

**U.S. Department of Justice**
**Drug Enforcement Administration**

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-20-2019 | 2. Case Number: BH-19-2004 | 3. File Title: BECKMANS GREENE STREET PHARMACY | | 4. GDEP #: HCN3R |
|---|---|---|---|---|
| 5. Group Number: 58 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State): Cumberland, MD | |

9. Basis:
- [x] Evidence
- [ ] Forfeiture
- [ ] Transfer in from Another Agency/DEA Office
- [ ] Temporary Custody
  - [ ] Safekeeping
  - [ ] Transfer to Another Agency/DEA Office

10. Type:
- [ ] Cash or other Monetary
- [ ] Recovered Official Advanced Funds, OAF
- [ ] Property *
  - [ ] Title III-Related
- [x] Other (Specify) __1 DVD__

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| | | $0.00 |
| N-10 | 1 DVD containing hard copy scripts | |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____    If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:
(Exhibit # N-10 - SSEE #: S001243806)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Daishelle M Carrington, DI | 18a. Type/Print Name of Supervisor: /s/ Robert M Grob, RAC | |
|---|---|---|
| 17b. Signature and Date: 11-20-2019 | 18b. Signature and Date: | 11-20-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: Type/Print Name: /s/Daishelle M Carrington | Signature and Date: | 11-20-2019 |
|---|---|---|
| 20. Received by: Type/Print Name: /s/Joseph S OKeefe | Signature and Date: | 11-20-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-20-2019 | | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*                Page 1 of 1

11033781